UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DANIEL CROSBY,

    **Plaintiff,**

  v.                                      Case No. 13-CV-1141

SGT. DOSS,

    **Defendant.**

## DECISION AND ORDER

On January 27, 2014, plaintiff filed a request to dismiss this action due to his indigence. I subsequently issued an order advising plaintiff that he was required to pay the remainder of the filing fee whether or not the case was dismissed. I further advised that plaintiff should inform the court whether he still sought dismissal and that failure to advise the court within ten days (or by February 14, 2014) would result in dismissal of the case. Plaintiff has not filed a response to the court's order.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 25th day of February, 2014.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge